**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CORNELIS J. CLEMONS,**

**Plaintiff,**

**CASE NO. 2:15-CV-0964**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
v.                                **MAGISTRATE JUDGE TERENCE P. KEMP**

**OHIO BUREAU OF WORKERS**
**COMPENSATION,** *et al.,*

**Defendants.**

**ORDER**

The Plaintiff, proceeding *pro se*, has filed objections to the Report and Recommendation issued by the Magistrate Judge.  (Doc. 6)  In the Report and Recommendation, the Magistrate Judge concluded that the Complaint failed to state a valid, legal cause of action upon which any legal relief could be granted.  (Doc. 5)  The Magistrate Judge also permitted the Plaintiff to proceed *in forma pauperis*.  The Magistrate Judge recommended that the requested writ of habeas corpus be denied, that the writ of mandamus be denied as moot and that the case be dismissed.

The undersigned has carefully reviewed and considered the objections made by the Plaintiff to the Report and Recommendation.  The Court finds that the legal conclusions reached by the Magistrate Judge are based upon controlling legal precedent and is in all respects in accordance with law.

This Court **ADOPTS** the conclusions reached in the Report and Recommendation.  The Plaintiff is granted *in forma pauperis* status.  The request for a writ of habeas corpus and

mandamus is **DENIED**.  The Complaint fails to state a valid, legal basis upon which relief may be granted.

This case is **DISMISSED**.

**IT IS SO ORDERED.**

\_\_\_\_\_1-4-2016_____
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

2